Cain **BARAJAS–ARREDONDO,**
Petitioner–Appellant,

v.

**UNITED STATES of America, et al.,** Respondents–Appellees.

No. 00–56125.

D.C. No. CV–00–04489–MLR.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.*

Decided May 29, 2001.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM **

Cain Barajas–Arredondo appeals pro se the district court's denial of his 28 U.S.C. § 2241 habeas petition challenging his conviction for use of a firearm, in violation of 18 U.S.C. § 924(c), (d). We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Barajas–Arredondo contends that the district court erred by denying his § 2241 petition on the grounds that he previously filed a 28 U.S.C. § 2255 motion raising the same claim, because § 2255 is an inadequate or ineffective remedy to test the legality of his detention. We review the district court's denial of a § 2241 petition de novo. *Bowen v. Hood,* 202 F.3d 1211, 1218 (9th Cir.2000).

Barajas–Arredondo's contention that § 2255 is an inadequate remedy because it bars him from raising a successive motion fails. *See Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir.2000) (stating that the ban on unauthorized second or successive motions does not per se make § 2255 inadequate or ineffective).

Because a habeas petitioner cannot circumvent the bar against successive § 2255 motions by bringing a § 2241 petition styled as a § 2255 motion attacking the legality of his firearm conviction, the district court properly denied Barajas–Arredondo's § 2241 petition. *See Porter v. Adams,* 244 F.3d 1006, 1007 (9th Cir.2001) (affirming the denial of a § 2241 petition

---

raising the same claims attacking petitioner's conviction that he unsuccessfully raised in a prior § 2255 motion); *Moore v. Reno*, 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (stating that § 2241 relief may not be sought unless § 2255 has been shown to be inadequate or ineffective), *cert. denied*, 528 U.S. 1178, 120 S.Ct. 1214, 145 L.Ed.2d 1115 (2000).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.